UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSTON / CODD<br><br>       Plaintiffs,<br><br>       v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>       Defendants. | CASE NO. CV 10-08101 GAF (JEMx)<br><br>**PROTECTIVE ORDER REGARDING DISCLOSURE OF INFORMATION FROM LAW ENFORCEMENT PERSONNEL RECORDS** |

Good cause appearing from the stipulation of counsel for the parties, the following Protective Order is issued:

**PROTECTIVE ORDER**

1. Counsel for defendant, County of Riverside, shall disclose to counsel for plaintiffs the names, addresses and telephone numbers of citizen complainants, witnesses and involved officers concerning citizen complaints of the use of excessive force against Deputy Bradley Bryan, Deputy Cole Simon, and/or Deputy Gabriel Constantin for events from May 25, 2005 (five years before incident in question) through May 25, 2010 (the date of incident in question).

2. Counsel for the plaintiffs shall not convey, transfer, publish, distribute, copy,

|    |    |    |
|----|----|----|
| 1  |    | duplicate or disseminate the information so provided except as may be |
| 2  |    | reasonably necessary for the prosecution of this litigation, by communicating |
| 3  |    | with the plaintiffs, or investigators, consultants and experts retained on behalf |
| 4  |    | of the plaintiffs in this matter. |
| 5  | 3. | Prior to the dissemination of any such information pursuant to this order, |
| 6  |    | counsel for the plaintiffs shall inform such person of the terms and conditions |
| 7  |    | of this order and secure such person's agreement to be bound by it. |
| 8  | 4. | Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and |
| 9  |    | experts, are expressly prohibited from utilizing the disclosed information for |
| 10 |    | any purpose other than the prosecution of JOHNSTON / CODD v. COUNTY |
| 11 |    | OF RIVERSIDE, USCD Case No. CV 10-08101 GAF (JEMx) and the |
| 12 |    | information disclosed shall not be utilized in any other proceeding or |
| 13 |    | litigation, or for any other purpose. |
| 14 | 5. | Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and |
| 15 |    | experts are expressly prohibited from disclosing orally or otherwise the |
| 16 |    | information subject to this Protective Order to any person other than those |
| 17 |    | who are reasonably necessary for the prosecution of JOHNSTON / CODD v. |
| 18 |    | COUNTY OF RIVERSIDE, USCD Case No. CV 10-08101 GAF (JEMx). |
| 19 | 6. | Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and |
| 20 |    | experts, are expressly prohibited from duplicating, copying or otherwise |
| 21 |    | distributing or disseminating any of the disclosed information to any person |
| 22 |    | or entity. |
| 23 | 7. | Counsel for each party shall take reasonable precaution to prevent the |
| 24 |    | unauthorized or inadvertent disclosure of any of the protected information. |
| 25 | 8. | In the event anyone shall violate or threaten to violate any terms of this |
| 26 |    | **Protective Order**, the aggrieved party may immediately apply to obtain |
| 27 |    | injunctive relief and monetary sanctions to this court against any such person |
| 28 |    | violating or threatening to violate any of the terms of this order. This court |

|    |     |                                                                                     |
|----|-----|-------------------------------------------------------------------------------------|
| 1  |     | shall retain jurisdiction over the parties and any other persons subject to the     |
| 2  |     | terms of this order for the purpose of enforcing this order.  The court shall       |
| 3  |     | have the power to impose whatever penalties it deems appropriate for the            |
| 4  |     | violation of said order, including, but not limited to, monetary and judicial       |
| 5  |     | sanctions and contempt.                                                             |
| 6  | 9.  | This order shall survive the final termination of this action, to the extent that   |
| 7  |     | the information disclosed remains confidential and does not become known to         |
| 8  |     | the public, and the court shall retain jurisdiction to resolve any dispute          |
| 9  |     | concerning the use of the information disclosed herein.                             |
| 10 | 10. | This stipulated protective order is without prejudice to further requests for       |
| 11 |     | information from law enforcement personnel files or objections thereto.             |

DATED: March 28, 2011       /s/John E. McDermott
                            Hon. John E. McDermott
                            United States Magistrate Judge