UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA JOHNSTON, et al., | CASE NO. CV 10-08101 GAF (JEMx) |
| Plaintiffs, | [ *proposed* ] |
| v. | **PROTECTIVE ORDER REGARDING DISCLOSURE OF PORTIONS OF RIVERSIDE COUNTY SHERIFF'S GENERAL ORDERS MANUAL AND FIELD OPERATIONS MANUAL** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Based on the stipulation by the parties, IT IS ORDERED that:

**Protective Order**:

1. Counsel for defendant, County of Riverside, shall disclose to counsel for plaintiffs those sections of the Riverside County Sheriff's General Orders Manual and the Riverside County Sheriff's Field Operations Manual as counsel shall agree upon or as ordered by the Court.

2. Counsel for the plaintiffs shall not convey, transfer, publish, distribute, copy, duplicate or disseminate the information so provided except as may be reasonably necessary for the prosecution of this litigation, by communicating with the plaintiffs, or investigators, consultants and experts retained on behalf of the plaintiffs in this matter.

3. Prior to the dissemination of any such information pursuant to this order, counsel

1  for the plaintiffs shall inform such person of the terms and conditions of this
2  order and secure such person's agreement to be bound by it.
3  4. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and
4  experts, are expressly prohibited from utilizing the disclosed information for any
5  purpose other than the prosecution of JOHNSTON / CODD v. COUNTY OF
6  RIVERSIDE, USDC Case No. CV 10-08101 GAF (JEMx) and the information
7  disclosed shall not be utilized in any other proceeding or litigation, or for any
8  other purpose.
9  5. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and
10  experts are expressly prohibited from disclosing orally or otherwise the
11  information subject to this Protective Order to any person other than those who
12  are reasonably necessary for the prosecution of JOHNSTON / CODD v.
13  COUNTY OF RIVERSIDE, USDC Case No. CV 10-08101 GAF (JEMx).
14  6. Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and
15  experts, are expressly prohibited from duplicating, copying or otherwise
16  distributing or disseminating any of the disclosed information to any person or
17  entity.
18  7. Counsel for each party shall take reasonable precaution to prevent the
19  unauthorized or inadvertent disclosure of any of the protected information.
20  8. In the event anyone shall violate or threaten to violate any terms of this
21  **Protective Order**, the aggrieved party may immediately apply to obtain
22  injunctive relief and monetary sanctions to this court against any such person
23  violating or threatening to violate any of the terms of this order. This court shall
24  retain jurisdiction over the parties and any other persons subject to the terms of
25  this order for the purpose of enforcing this order. The court shall have the power
26  to impose whatever penalties it deems appropriate for the violation of said order,
27  including, but not limited to, monetary and judicial sanctions and contempt.
28  9. This order shall survive the final termination of this action, to the extent that the

1  information disclosed remains confidential and does not become known to the
2  public, and the court shall retain jurisdiction to resolve any dispute concerning
3  the use of the information disclosed herein.
4  10.  This stipulated protective order is without prejudice to further requests for
5  information from law enforcement personnel files or objections thereto.

7  Dated: October 26, 2011    */s/John E. McDermott*
   John E. McDermott
8  United States Magistrate Judge